## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. **KIMBERLY A. OARD,** | |
| **Plaintiff,** | |
| **v.** | **Case No.** __CIV-16-0670-HE__ <br> **(Kay County Case No. CJ-2016-088-PC)** |
| 1. **WAL-MART ASSOCIATES, INC.,** | |
| **Defendant.** | |

### NOTICE OF REMOVAL

Defendant Wal-Mart Associates, Inc.[1] ("Defendant"), by and through its undersigned counsel, and pursuant to 28 U.S.C. §§ 1331 and 1441, hereby removes this matter from the District Court of Kay County, State of Oklahoma, to the United States District Court for the Western District of Oklahoma. In support of this Notice of Removal, Defendant states the following:

1.   On May 27, 2016, Plaintiff Kimberly A. Oard ("Plaintiff") filed a Petition in Kay County District Court, Case No. CJ-2016-088. A copy of the Petition is attached hereto as Exhibit 1.

2.   Defendant was served with a Summons and a copy of the Petition on May 31, 2016. A copy of the Summons is attached hereto as Exhibit 2. Thus, this Notice of

---

[1] Plaintiff incorrectly identified the Defendant in this case. Wal-Mart Stores East, L.P., was Plaintiff's employer under applicable law at all relevant times and is the correct operating entity/Defendant for the case at bar. Specifically, Wal-Mart Stores East, L.P., operated the facility in Blackwell, Oklahoma, where Plaintiff worked, and directed and controlled Plaintiff's daily activities during her employment. Other than performing certain payroll functions, Wal-Mart Associates, Inc., was not involved in Plaintiff's employment.

Removal is timely filed within thirty (30) days after Defendant's receipt of the Summons and Petition, pursuant to 28 U.S.C. § 1446(b).

3.      No further process, pleadings or motions have been served and no further proceedings have taken place in this action.  A copy of state court docket sheet is attached hereto as Exhibit 3.

4.      Plaintiff's Petition contains claims for relief that relate to her employment with Defendant.  Specifically, Plaintiff alleges claims for relief for:  (1) Breach of Contract and (2) violation of the Family and Medical Leave Act, 29 U.S.C. §§ 2601, *et seq.* ("FMLA").  *See* Petition, Ex. 1.

5.      Plaintiff's Petition is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331, in that Plaintiff's claims of violation of FMLA allegedly violate the laws of the United States.  As a civil action founded on a claim or right arising under the laws of the United States, this action is removable to this Court pursuant to 28 U.S.C. § 1441(a).

6.      As noted above, Plaintiff's Petition also alleges a breach of contract claim. Because this claim is based upon the same facts giving rise to Plaintiff's claim of violation of FMLA, it falls within this Court's supplemental jurisdiction, pursuant to 28 U.S.C. § 1367(a), and is also removable under 28 U.S.C. § 1441(c).

7.      Written notice of the filing of this Notice of Removal will be provided to Plaintiff, together with a copy of the Notice of Removal and supporting papers.  Pursuant to 28 U.S.C. § 1446(d), the same will be filed with the Clerk of the District Court of Kay County.

8.    Venue is proper under 28 U.S.C. § 1441(a), because the District Court of Kay County, State of Oklahoma, is located within the district for the United States District Court for the Western District of Oklahoma.

9.    Defendant submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff, without conceding that Plaintiff has pled claims upon which relief can be granted, without admitting that Plaintiff has standing, and without admitting that Plaintiff is entitled to any monetary or equitable relief whatsoever.

WHEREFORE, Defendant hereby removes the above-captioned action from the District Court of Kay County, State of Oklahoma, and request that further proceedings be conducted in this Court as provided by law.

Respectfully submitted,

*s/Steven A. Broussard*

Steven A. Broussard, OBA #12582
**HALL, ESTILL, HARDWICK,
GABLE, GOLDEN & NELSON, P.C.**
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706
Telephone (918) 594-0400
Facsimile (918) 594-0505

**ATTORNEY FOR DEFENDANT**

3

## CERTIFICATE OF MAILING

I, the undersigned, do hereby certify that on the _____ day of June, 2016, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the Following ECF registrant:

Richard A. Johnson
Holmes and Yates Law, PLLC
P.O. Box 750
Ponca City, OK  74602

s/ Steven A. Broussard

2735478.1:910176:02338

4